

FILED

AO 240 (Rev. 10/03)
DELAWARE (Rev. 1/05)
OCT 23 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Tyrone Guinn

Plaintiff

V.

Ms. Syrita Benson etc.

Defendant(s)

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER: **0 7 - 6 6 5**

I, _Plaintiff_ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant          • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      • • Yes      • • No      (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Delaware Correctional Center_
   _Penitenary._

   **Inmate Identification Number (Required):** _00 375731_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?      • • Yes      • • No

   a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • No |
   | b. | Rent payments, interest or dividends | • • Yes | • • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
   | d. | Disability or workers compensation payments | • • Yes | • • No |
   | e. | Gifts or inheritances | • • Yes | • • No |
   | f. | Any other sources     Family | • • Yes | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

— Monthly —

4.    Do you have any cash or checking or savings accounts?              • • Yes    • •No

      If "Yes" state the total amount $_____ N/A _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?                                                 • • Yes    • •No

      If "Yes" describe the property and state its value,

                              N/A

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, OR state NONE if applicable.

                              N/A

      I declare under penalty of perjury that the above information is true and correct.

_____                    _____
        DATE                                  SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

# *DELAWARE CORRECTIONAL CENTER*
# *SUPPORT SERVICES OFFICE*
# *MEMORANDUM*

*TO:*  Tyrone Guinn  *SBI#:* 375731

*FROM:*  Mercedes Vallin

*RE:*  6 Months Account Statement

*DATE:*  10/18/07



FILED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of*
April 2007  *to*  September 2007.

*The following indicates the average daily balances.*

| *MONTH* | *AVERAGE DAILY BALANCE* |
|---------|--------------------------|
| Apr | .40 |
| May | 30.14 |
| Jun | 21.07 |
| Jul | 16.64 |
| Aug | 11.95 |
| Sept | 5.80 |

*Average daily balances/6 months:*  $14.33

*Attachments*
*CC:  File*

Mercedes Vallin
10/18/07

Carol Jormen
10/18/07

Date Printed: 10/18/2007

# Individual Statement
## From April 2007 to September 2007

Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | |

Current Location: 19    Comments:

Beginning Month Balance: $2.99
Ending Month Balance: $0.48

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 4/5/2007 | $0.00 | $0.00 | ($3.00) | $2.99 | 410589 | | MARCH 07 | |
| Legal | 4/5/2007 | ($2.97) | $0.00 | $0.00 | $0.02 | 411260 | | FEB 07 | |
| Legal | 4/5/2007 | ($0.02) | $0.00 | ($2.98) | $0.00 | 411280 | | MARCH 07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($2.46) | $0.00 | 414001 | | INDIGENT 4/2/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 419419 | | 3/29/07 | |
| Mail | 5/1/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 421723 | | | J GUINN |
| Legal | 5/4/2007 | ($2.98) | $0.00 | $0.00 | $22.02 | 424637 | 08-495838519 | MARCH 07 | |
| Mail | 5/10/2007 | $25.00 | $0.00 | $0.00 | $47.02 | 427135 | 08495838530 | | J GUINI |
| Canteen | 5/15/2007 | ($29.57) | $0.00 | $0.00 | $17.45 | 428009 | | | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($0.63) | $17.45 | 431362 | | 5/1/07 | |
| Mail | 5/23/2007 | $25.00 | $0.00 | $0.00 | $42.45 | 431933 | 08495868535 | | J GREEN |
| Canteen | 5/29/2007 | ($9.86) | $0.00 | $0.00 | $32.59 | 434012 | | | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.99) | $32.59 | 436393 | | | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($1.48) | $32.59 | 436530 | | | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.41) | $32.59 | 436533 | | | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $32.20 | 437171 | | | |
| Supplies-MailPosta | 6/1/2007 | ($2.46) | $0.00 | $0.00 | $29.74 | 437280 | | | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $29.11 | 437771 | | | |
| Supplies-MailPosta | 6/1/2007 | ($1.99) | $0.00 | $0.00 | $27.12 | 438017 | | | |
| Supplies-MailPosta | 6/1/2007 | ($1.48) | $0.00 | $0.00 | $25.64 | 438063 | | | |
| Supplies-MailPosta | 6/1/2007 | ($0.41) | $0.00 | $0.00 | $25.23 | 438065 | | | |
| Canteen | 6/4/2007 | $19.58 | $0.00 | $0.00 | $44.81 | 438302 | | 5/8/07 | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($13.00) | $44.81 | 440895 | | REFUND | |
| Canteen | 6/8/2007 | ($13.00) | $0.00 | $0.00 | $31.81 | 440926 | | 6/07 | |
| Legal | 6/12/2007 | ($12.83) | $0.00 | $0.00 | $18.98 | 441203 | | 6/07 | |
| Canteen | 6/12/2007 | $0.00 | $0.00 | $0.00 | $18.98 | 441237 | | 6/7/07 | |
| Medical | 6/14/2007 | ($4.00) | ($4.00) | $0.00 | $18.98 | 443237 | | 6/7/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.58) | $14.98 | 443625 | | 6/7/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.58) | $14.98 | 447574 | | 6/13/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.58) | $14.98 | 447583 | | 6/13/07 | |
| Canteen | 6/26/2007 | ($8.55) | $0.00 | $0.00 | $6.43 | 447712 | | | |
| Canteen | 7/10/2007 | ($4.18) | $0.00 | $0.00 | $2.25 | 453921 | | | |

**Individual Statement**

**From April 2007 to September 2007**

Date Printed: 10/18/2007

Page 2 of 3

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 0037573 1 | Guinn | Tyrone | | |

Current Location:    19

Comments:

Beginning Month Balance:    $2.99
Ending Month Balance:    $0.48

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/10/2007 | $25.00 | $0.00 | $0.00 | $27.25 | 454447 | 760892333 | 6/21/07 | J GUINN |
| Supplies-Mail/Posta | 7/16/2007 | $0.00 | $0.00 | ($1.48) | $27.25 | 456797 | | 6/21/07 | |
| Supplies-Mail/Posta | 7/19/2007 | ($0.58) | $0.00 | $0.00 | $26.67 | 459323 | | 6/13/07 | |
| Supplies-Mail/Posta | 7/19/2007 | ($0.58) | $0.00 | $0.00 | $26.09 | 459338 | | 6/13/07 | |
| Supplies-Mail/Posta | 7/19/2007 | ($1.48) | $0.00 | $0.00 | $24.61 | 459660 | | 6/21/07 | |
| Canteen | 7/24/2007 | ($9.91) | $0.00 | $0.00 | $14.70 | 461079 | | | |
| Pay-To | 7/25/2007 | ($4.00) | $0.00 | $0.00 | $10.70 | 461903 | | LEWISBURG PRISO | |
| Legal | 8/3/2007 | $0.00 | $0.00 | ($3.00) | $10.70 | 466743 | | USD COURT 7/07 | |
| Legal | 8/6/2007 | ($3.00) | $0.00 | $0.00 | $7.70 | 467181 | | USD COURT 7/07 | |
| Canteen | 8/7/2007 | ($6.26) | $0.00 | $0.00 | $1.44 | 467327 | | | |
| Supplies-Mail/Posta | 8/10/2007 | $0.00 | $0.00 | ($0.41) | $1.44 | 469942 | | 6/20/07 | |
| Supplies-Mail/Posta | 8/10/2007 | ($0.41) | $0.00 | $0.00 | $1.03 | 470513 | | 6/20/07 | |
| Mail | 8/16/2007 | $25.00 | $0.00 | $0.00 | $26.03 | 472737 | 0667181826 | | J GUINN |
| Supplies-Mail/Posta | 8/17/2007 | $0.00 | $0.00 | ($0.41) | $26.03 | 473158 | | 7/22/07 | |
| Supplies-Mail/Posta | 8/17/2007 | ($0.41) | $0.00 | $0.00 | $25.62 | 473640 | | 7/22/07 | |
| Supplies-Mail/Posta | 8/20/2007 | $0.00 | $0.00 | ($0.58) | $25.62 | 474107 | | 7/07 | |
| Canteen | 8/21/2007 | ($9.71) | $0.00 | $0.00 | $15.91 | 474517 | | | |
| Supplies-Mail/Posta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $15.33 | 477107 | | 7/07 | |
| Canteen | 9/4/2007 | ($4.80) | $0.00 | $0.00 | $10.53 | 481842 | | | |
| Legal | 9/6/2007 | $0.00 | $0.00 | ($3.00) | $10.53 | 482594 | | AUG 07 | |
| Legal | 9/6/2007 | ($3.00) | $0.00 | $0.00 | $7.53 | 483125 | | AUG 07 | |
| Canteen | 9/18/2007 | ($5.89) | $0.00 | $0.00 | $1.64 | 487442 | | | |
| Supplies-Mail/Posta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $1.64 | 489053 | | 9/5/07 | |
| Supplies-Mail/Posta | 9/20/2007 | $0.00 | $0.00 | ($0.75) | $1.64 | 489151 | | 9/13/07 | |
| Supplies-Mail/Posta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $1.23 | 492198 | | 9/5/07 | |
| Supplies-Mail/Posta | 9/27/2007 | ($0.75) | $0.00 | $0.00 | $0.48 | 492438 | | 9/13/07 | |

Date Printed: 10/18/2007

## Individual Statement
## From April 2007 to September 2007

Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | |

| Current Location: | 19 | Comments: | | Beginning Month Balance: | $2.99 |
|---|---|---|---|---|---|
| | | | | Ending Month Balance: | $0.48 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Ending Month Balance: | $0.48 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Legal Hold: $0.00

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: ($2.29)