(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Tyrone Guinn  375731
(Name of Plaintiff)   (Inmate Number)

Delaware Correctional Center
1181 Paddock Rd, Smyrna, Del. 19977
(Complete Address with zip code)

07-665

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) SYRITA, BENSON.
(2) JAIME, Neives
(3) James, Satterfield
(Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

I.) Case No. 1:05-CV-875  Year: 12/18/05  Judical officer whom it was assigned to Judge, Kent A. Jordan. Caption: INEFFECT ASSISTaNt of Counsel.

II.) Case No. 06-75-xxx (MPT) Year 2006. Jan. Judical officer whom it was assigned to Judge Kent A. Jordan Caption: Violation of Plaintiff Constitutional Right Protected under the Eighth Amend.

Judge copy

(4) Mr. JOHN BARLOW

(5) Mr. M. BARROW

(6) Mr. E. Johnson

(7) Cpl. M. Ruth (inmate grievance chairperson on 5/21/07).

8). 12X8 sift workin on 5/3/07.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (• •Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed a grievance form, DOC procedure 4.4 "INMATE GRIEVANCE PROCEDURE".

2. What was the result? My grievance was Return Because I Later moved after my constitutional Right Had Been Violated.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Ms. SYRITA, Benson
Employed as Correctional officer at Delaware Correctional Center.
Mailing address with zip code: 1181 Paddock Rd, Smyrna, DEL. 19977

(2) Name of second defendant: Mr. Jamie, Neives
Employed as Correctional officer at Delawar Corr. Center.
Mailing address with zip code: 1181 Paddock Rd, Smyrna, Del. 19977

(3) Name of third defendant: Mr. James Satterfield
Employed as Correctional officer at Delaware Corr. Center
Mailing address with zip code: 1181 Paddock Rd, Smyrna, Del. 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Defendants

Name of Forth defendant: Mr. John Barlow
Employed as: Correctional officer at Delaware Corr. Center
Mailing address with zip code: 1181 Paddock Rd.
Smyrna, Del. 19977

Name: of Fifth defendant: Mr. M. Barrow
Employed as: Correctional Officer (at) Delaware Corr. Center
Mailing address with zip code: 1181 Paddock Rd.
Smyrna, Del. 19977

Name: of Sixth Defendant: Mr. E. Johnson
Employed as: Correctional officer at Delaware Corr. center
Mailing address with zip code: 1181 Paddock Rd.
Smyrna, DEL. 19977

Name: of Seventh Defendant: _____
Employed as: Correctional officer at Delaware Corr. Center.
Mailing Address with zip code: 1181 Paddock Rd.
Smyrna, Del. 19977

Name: of eighth Defendant: 12X8 sift on 5/2/07
Employed as: Correctional officers at Delaware Corr.
Mailing address with zip code: 1181 Paddock Rd.
Smyrna, Del. 19977

### IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The Defendants' Involved in this Claim Is: 1) Ms. Syrita, Benson  2) Jamie Neives  3) James Satterfield  4) John Barlow  5). Mr. M. Barrow  6). Mr. E. Johnson  7). Cpl. M. Ruth. all at the Dept. of Correction Center 1181 paddock Rd. smyrna Del. 19977.

2. on April 30 2007, Plaintiff was placed By Ms. S. Benson and J. Neives in CL-3 cell In (the Shu) when plaintiff was placed in that cell, the Toilet was not working thus had fecies in toilet,

3. and everytime plaintiff flush the Toilet it would not "Receeed" godown, even when affter plaintiff used the Bathroom. That very night Plaintiff ask 4 to 12 sift can They Put a work order inn simply Because his toilet wouldn' "Receeed" godown, an Thus had fecies in it, 4 to 12 sift indicated "They put

### V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff would like the court of Law to let hem seek Justice on each one of his Defendents [sued in their individual Capacities] By Awardin pu- nitive damages and possibily compensatory damages for each hour plaintiff spent sufferrin for 3days in Cruel unusal punishment conditions, Thus Deprived of a adequte Sanitatin cell.

3

a work order in for hem." on 5/1/07 plaintiff "indicated" to sgt. S. Benson and Neives agian afther Thay placed hem in the cell on 4/30/07, his Toilet is not workin, and can he use the Bathroom, Thay Released plaintiff from his cell, to use the workin Toilet on A-L-8 Tair that was a open cell. when plaintiff was Finest, he was place Back in the Vary same cell with the Fecies and Urine. afther complain to 12x8 sift sgt. E. Johnson, The Lt. officer in charge that night and other sift staff workin that sift on 5/2/07 his Toilet didin work and he had Fecies in there he got Know Relief. so he agian told 8 to 4 sift Mr. J. Neives and Ms. S. Benson Thus Mr. J. Satterfield and Mr. M. Barrow about it, Thay sad That Thay put a work order inn on 5/2/07. Plaintiff then indicated to them it wa a Room open in upper 3 or 4 cell, But still he got no Relief. Plaintiff was so Deprived of Bein move to aadequte sanitation cell and Bein held in cruel and unsual punishment conditions his only way out of the cell was to cut his neck so that Mental heath Personal would Mov hem to another Build in a adequte sanitation cell. Plaintiff then filed a grievan form on 5/3/07 to have a invastigation held on the matter why he was containd in a

4.

2. _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1st__ day of __November__, 2_007_.

__Tyrone Guinn__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

6.

## Certificate of Service

I, _Tyrone Quinn_, hereby certify that I have served a true and correct cop(ies) of the attached: _42 USC 1983 suet._ _____ upon the following parties/person (s):

TO: _Clerk_
_U.S. District Court_
_Lockbox 18  814 N._
_King St. Wilm, De. 19801_

TO: _State Attorney_
_for Defendant(s)_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _1st_ day of _November_, 200_7_



I/M: Ty Cone Quinn
SBI# 345731  UNIT 9M
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

to: office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Del. 19801-3570

§ LEGAL MAIL §