IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE GUINN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-665-JJF-LPS |
| SYRITA BENSON, JAIME NEIVES, JAMES SATTERFIELD, MR. JOHN BARLOW, MR. M. BARROW, MR. E. JOHNSON, CPL. M. RUTH, and 12X8 SIFT WORKING ON 5/2/07, | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on November 8, 2007, the Court entered an Order denying leave to proceed <u>in forma pauperis</u> because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 5);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 28 day of December, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

UNITED STATES DISTRICT JUDGE